UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 18-20420-RAM

In re:

STONES USA OF FLORIDA, INC.,                    Chapter 7

      Debtor,

_____/

BARRY E. MUKAMAL AS CHAPTER 7
TRUSTEE.

      Plaintiff,                                      Adv. Pro. No. 20-01334-RAM

v.

JOSE EDUARDO LERMA BARRAGAN,

      Defendant.

_____/

### ANSWER AND AFFIRMATIVE DEFENSES TO COMPLAINT

Defendant JOSE EDUARDO LERMA BARRAGAN ("EDUARDO LERMA"), by and through his undersigned counsel, hereby files this Answer and Affirmative Defenses to the Complaint (the "Complaint") filed by BARRY E. MUKAMAL ("Plaintiff"), in his capacity as the Chapter 7 Trustee of the bankruptcy estate of E-Floral Solutions, Inc. (the "Debtor") and, in support thereof, states as follows:

1.     Admitted.

2.     Admitted that Plaintiff is the current Chapter 7 Trustee of the Debtor's bankruptcy estate. The remainder of the paragraph 2 of the Complaint constitutes a legal conclusion to which no response is required. To the extent a response is required, it is denied.

3.     The allegation set forth in paragraph 3 of the Complaint constitutes a

C O H E N   L A W
2 0 3 0   S .   D o u g l a s   R o a d . ,   S u i t e   2 0 2 ,   C o r a l   G a b l e s ,   F L   3 3 1 3 4
T e l e p h o n e :   3 0 5 . 9 6 7 . 7 5 5 0   F a c s i m i l e :   3 0 5 . 5 4 7 . 9 9 2 2

legal conclusion to which no response is required. To the extent a response is required, it is denied.

       4.      Admitted.

       5.      Denied.

       6.      Denied.

       7.      Denied.

       8.      Denied.

       9.      Denied.

       10.      Denied.

       11.      Denied.

       12.      Denied.

13.      The allegation set forth in paragraph 13 of the Complaint constitutes a legal conclusion to which no response is required. To the extent a response is required, it is denied.

## <u>COUNT I</u>

14.      EDUARDO LERMA re-alleges and incorporates by reference each of its responses to the allegations set forth in paragraphs 1-8 and 12-13 of the Complaint as if they were fully set forth herein.

15.      Denied.

16.      The allegation set forth in paragraph 16 of the Complaint constitutes a legal conclusion to which no response is required. To the extent a response is required, it is denied.

17.      The allegation set forth in paragraph 17 of the Complaint constitutes a

C O H E N   L A W
2 0 3 0   S .   D o u g l a s   R o a d . ,   S u i t e   2 0 2 ,   C o r a l   G a b l e s ,   F L   3 3 1 3 4
T e l e p h o n e :   3 0 5 . 9 6 7 . 7 5 5 0   F a c s i m i l e :   3 0 5 . 5 4 7 . 9 9 2 2

legal conclusion to which no response is required. To the extent a response is required, it is denied.

18.    Denied.

## COUNT II

19.    EDUARDO LERMA re-alleges and incorporates by reference each of its responses to the allegations set forth in paragraphs 1-8, 10, and 12-14, of the Complaint as if they were fully set forth herein.

20.    Denied.

21.    The allegation set forth in paragraph 21 of the Complaint constitutes a legal conclusion to which no response is required. To the extent a response is required, it is denied.

22.    The allegation set forth in paragraph 22 of the Complaint constitutes a legal conclusion to which no response is required. To the extent a response is required, it is denied.

23.    Denied.

24.    The allegation set forth in paragraph 24 of the Complaint constitutes a legal conclusion to which no response is required. To the extent a response is required, it is denied.

25.    Denied.

## COUNT  III

26.    EDUARDO LERMA re-alleges and incorporates by reference each of its responses to the allegations set forth in paragraphs 1-8, 10, and 12-14 of the Complaint as if they were fully set forth herein.

C O H E N   L A W
2 0 3 0   S .   D o u g l a s   R o a d . ,   S u i t e   2 0 2 ,   C o r a l   G a b l e s ,   F L   3 3 1 3 4
T e l e p h o n e :   3 0 5 . 9 6 7 . 7 5 5 0   F a c s i m i l e :   3 0 5 . 5 4 7 . 9 9 2 2

27.     Denied.

28.     The allegation set forth in paragraph 28 of the Complaint constitutes a legal conclusion to which no response is required. To the extent a response is required, it is denied.

29.     Denied.

30.     The allegations set forth in paragraph 30 of the Complaint constitute a legal conclusion to which no response is required. To the extent a response is required, it is denied.

31.     Denied.

## COUNT IV

32.     EDUARDO LERMA re-alleges and incorporates by reference each of its responses to the allegations set forth in paragraphs 1-14 of the Complaint as if they were fully set forth herein.

33.     Denied.

34.     Denied.

35.     Denied.

36.     Denied.

37.     Denied.

## PRAYER FOR RELIEF

1.     EDUARDO LERMA denies that Plaintiff is entitled to the relief requested in the Complaint.

2.     All allegations set forth within the Complaint not expressly admitted are hereby denied.

C O H E N   L A W
2 0 3 0   S .   D o u g l a s   R o a d . ,   S u i t e   2 0 2 ,   C o r a l   G a b l e s ,   F L   3 3 1 3 4
T e l e p h o n e :   3 0 5 . 9 6 7 . 7 5 5 0   F a c s i m i l e :   3 0 5 . 5 4 7 . 9 9 2 2

3.      EDUARDO LERMA expressly reserves his right to deny consent to the Court's entry of final orders or judgments in this adversary proceeding in the event it is determined that the Court cannot enter such orders or judgments consistent with Article III of the United States Constitution.

## **AFFIRMATIVE**
## **DEFENSES**

A.      Plaintiff is barred from recovery because the alleged transfers were incurred in the ordinary course of the parties' business(es) and/or financial affairs and said transfers were made in the ordinary course of the parties' business(es) and/or financial affairs and according to ordinary business terms.

B.      Plaintiff is barred from recovery under Fla. Stat. § 726.106 because the transfers were made in the ordinary course of business or financial affairs of the Debtor and EDUARDO LERMA.

C.      The Complaint and each and every cause of action stated therein fails to state a claim on which relief can be granted.

D.      Plaintiff's claims may be barred, in whole or in part, to the extent applicable, by the doctrines of laches, waiver and/or estoppel.

E.      Plaintiff's claims may be barred, to the extent applicable, by the doctrine of *in pari delicto* and/or unclean hands.

F.      To the extent any liability is established on the part of EDUARDO LERMA, any recovery by Plaintiff is subject to EDUARDO LERMA's rights of setoff and/or recoupment.

J.      Defendant reserves the right to identify additional affirmative defenses during or following discovery in this adversary proceeding.

C O H E N   L A W
2 0 3 0   S.   D o u g l a s   R o a d.,   S u i t e   2 0 2,   C o r a l   G a b l e s,   F L   3 3 1 3 4
T e l e p h o n e:   3 0 5.9 6 7.7 5 5 0   F a c s i m i l e:   3 0 5.5 4 7.9 9 2 2

**COHEN LAW**
*Attorneys for Defendant*
2030 S. Douglas Road.
Suite 202
Coral Gables, FL 33134
Tel:  (305) 967-7550
Fax:  (305) 547-9922
Email: dc@cohenlawpa.com
Email: kg@cohenlawpa.com

/s/ Keith R Gaudioso
Danielle Cohen, Esq.
Fla. Bar No.: 27623
Keith R. Gaudioso, Esq.
Fla. Bar No.: 34436

C O H E N   L A W
2 0 3 0   S.   D o u g l a s   R o a d.,   S u i t e   2 0 2,   C o r a l   G a b l e s,   F L   3 3 1 3 4
T e l e p h o n e:   3 0 5.9 6 7.7 5 5 0   F a c s i m i l e:   3 0 5.5 4 7.9 9 2 2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 23rd day of September 2020, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified below in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing: James Brian Miller, Esq., James B. Miller, P.A., 19 W Flagler Street, Suite 416, Miami, FL 33130-4419, at jbm@title11law.com.

/s/ Keith R Gaudioso
Keith R. Gaudioso, Esq.

7 | P a g e

C O H E N   L A W
2 0 3 0   S .   D o u g l a s   R o a d . ,   S u i t e   2 0 2 ,   C o r a l   G a b l e s ,   F L   3 3 1 3 4
T e l e p h o n e :   3 0 5 . 9 6 7 . 7 5 5 0   F a c s i m i l e :   3 0 5 . 5 4 7 . 9 9 2 2